FILED: March 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4928

(2:04-cr-00618-PMD-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ARMOND RASHAWN WRIGHT

      Defendant - Appellant

_____

O R D E R

_____

      The court denies the motion for extension of time to file the opening and joint appendix.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk