FILED: December 30, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4928
(2:04-cr-00618-PMD-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ARMOND RASHAWN WRIGHT

    Defendant - Appellant

_____

O R D E R
_____

The court denies the petitions for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge Shedd, and Senior Judge Hamilton.

                For the Court

                /s/ Patricia S. Connor, Clerk